JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBERR SMITH, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>H&M HENNES & MAURITZ A.B., dba H&M Group and DOES 1 through 5, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-02876-DSF-PD<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

## ORDER

Having read and considered the parties' stipulation for an order dismissing this case without prejudice, and good cause appearing therefore, the Court orders as follows:

This above-captioned matter is dismissed in its entirety, with prejudice.

SO ORDERED.

Dated:　　July 12, 2023

_____
Dale S. Fischer
United States District Judge